Dismissed and Opinion filed September 19, 2002









Dismissed and Opinion filed September 19, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00769-CV

____________

 

PARKS MANAGEMENT GROUP, INC., TERRY R. PARKS, and

TSP DEVELOPMENT, LTD., Appellants

 

V.

 

LANDFILL MARKETING CONSULTANTS, INC. and 

IMRE SZEKELYHIDI, Appellees

 



 

On
Appeal from the 125th District Court

Harris
County, Texas

Trial
Court Cause No. 00-45493

 



 

M E M O R A N D U M   O
P I N I O N

This is an appeal from a judgment signed April 24, 2002.  The notice of appeal was filed on July 22,
2002.  To date, the filing fee of $125.00
has not been paid.  No proper affidavit
of indigence was filed with or before the notice of appeal.  See Tex.
R. App. P. 20.1.  Therefore, on
August 22, 2002, the Court issued an order stating that unless appellants paid
the appellate filing fee of $125.00 within fifteen days of the date of the
order, the appeal would be dismissed.  








The filing fee has not been paid, and appellants have not
responded to the Court=s order of August 22, 2002.

Accordingly, the appeal is ordered dismissed.  See Tex.
R. App. P. 42.3(c).  

 

PER CURIAM

 

Judgment rendered and Opinion
filed September 19, 2002.

Panel consists of Chief Justice Brister and Justices Hudson and Fowler.

Do Not Publish C Tex. R. App. P. 47.3(b).